UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>YOVIG YEGOROV,<br><br>　　　Defendant. | No. 2:19-cv-01028 MCE DB PS<br><br><br>ORDER |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 4, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

Although it appears from the docket that plaintiff's copy of the findings and recommendations were returned as undeliverable, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of plaintiff's current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 4, 2019 (ECF No. 3) are adopted in full;

2. Plaintiff's June 5, 2019 application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff's June 5, 2019 complaint (ECF No. 1) is dismissed without leave to amend; and

4. This action is dismissed.

IT IS SO ORDERED.

Dated: February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE